UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v    Case No. 07-X-50082-DT
    Hon. Bernard A. Friedman

**BRYAN DANIEL,**

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated June 21, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated June 21, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's claim for exemption on the writs of continuing garnishment directed to Comerica Bank; Metro Construction Home Improvement, Metro Construction Home Improvement, LLC, and Metro Construction Home Improvement Limited; and B and D Investment Development Company, LLC is denied.

  July 27, 2007                    s/Bernard A. Friedman
    Detroit, Michigan              BERNARD A. FRIEDMAN
                                          CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

     **s/Patricia Hommel**
    **Patricia Foster Hommel**
**Secretary to Chief Judge Friedman**